UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1560

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>THE UNITED STATES OF AMERICA )<br>FOR A SEARCH WARRANT FOR: )<br>5045 STONEWOOD PINES DRIVE )<br>RALEIGH, NC 27545 )<br>) | ORDER TO UNSEAL |

Upon motion of the Government, the application, affidavit and delayed notification in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

June 12, 2015
DATE

*Robert T. Numbers II*
United States Magistrate Judge